**Fill in this information to identify the case:**

Debtor 1      David C  Antusas, Sr

Debtor 2
(Spouse, if filing)      Marcian J. Antusas  aka Marcian Patete

United States Bankruptcy Court for the:      Northern      District of      Illinois
                                                                                (State)

Case number      17-34801

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:**   U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known):    3

**Last 4 digits** of any number you use to Identify the debtor's account:      0080

**Date of payment change:**
Must be at least 21 days after date
of this notice                         03/01/2021

**New total payment**                  $1,227.22
Principal, interest, and escrow, if any

---

### Part 1:   Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why:_____

Current escrow payment:      $381.38               New escrow payment:      $388.81

### Part 2:   Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.  If a notice is not attached, explain why:_____

Current interest rate _____ %               New interest rate: _____ %

Current **principal and interest payment:** $_____      New **principal and interest payment:** $_____

### Part 3:   Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current **mortgage payment:** $_____      New **mortgage payment:** $_____

---

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

| Debtor 1 | David C  Antusas, Sr | Case number *(if known)* | 17-34801 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗**   /s/ Brenda Likavec                                    Date   1/22/2021
        Signature

Print      Brenda Likavec                                    Title   Attorney for Creditor
           First Name       Middle Name       Last Name

Company    Codilis & Associates, P.C.

Address    15W030 North Frontage Road, Suite 100
           Number        Street

           Burr Ridge            IL            60527
           City                  State         ZIP Code

Contact phone   (630) 794-5300                              Email   ND-One@il.cslegal.com

File #14-14-22829

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 22, 2021 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 22, 2021.

M O Marshall, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
David C Antusas, Sr , Marcian J. Antusas aka Marcian Patete, Debtor(s), 6143 S Natoma Ave, Chicago, IL 60638
Morsheda Hashem, Attorney for Debtor(s), 20 S. Clark St. 28th Floor, Chicago, IL 60603 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Brenda Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File #14-14-22829

NOTE: This law firm is a debt collector.

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS ▮
Branch Office NMLS ▮

*PERSONAL INFORMATION REDACTED*

MARCIAN J ANTUSAS
6143 S NATOMA AVE
CHICAGO IL  60638

Analysis Date: January 18, 2021                                                                 Final
Property Address: 6143 SOUTH NATOMA AVENUE  CHICAGO, IL 60638                Loan: ▮

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Nov 2020 to Feb 2021.  Last year's anticipated activity
(payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 838.41 | 838.41 ** |
| Escrow Payment: | 381.38 | 388.81 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,219.79 | $1,227.22 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2021 |
| Escrow Balance: | 912.52 |
| Anticipated Pmts to Escrow: | 381.38 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,293.90 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 0.00 |
| Nov 2020 | | 357.67 | | * | | 0.00 | 357.67 |
| Nov 2020 | | 2,092.13 | | * Escrow Only Payment | | 0.00 | 2,449.80 |
| Dec 2020 | | 357.67 | | * | | 0.00 | 2,807.47 |
| Dec 2020 | | | | 1,978.00 * Homeowners Policy | | 0.00 | 829.47 |
| Jan 2021 | | 381.38 | | * | | 0.00 | 1,210.85 |
| Jan 2021 | | | | 298.33 * Escrow Disbursement | | 0.00 | 912.52 |
| | | | | | Anticipated Transactions | 0.00 | 912.52 |
| Feb 2021 | | 381.38 | | | | | 1,293.90 |
| | $0.00 | $3,570.23 | $0.00 | $2,276.33 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call
our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under
Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the
account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are
silent on this issue.

Analysis Date: January 18, 2021

Borrower: MARCIAN J ANTUSAS

Final

Loan: ▮▮▮▮▮▮

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|-----------|-------------|-------------|-------------|-------------|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,293.90 | 1,429.22 |
| Mar 2021 | 383.17 | 1,429.22 | County Tax | 247.85 | 383.17 |
| Apr 2021 | 383.17 | | | 631.02 | 766.34 |
| May 2021 | 383.17 | | | 1,014.19 | 1,149.51 |
| Jun 2021 | 383.17 | | | 1,397.36 | 1,532.68 |
| Jul 2021 | 383.17 | | | 1,780.53 | 1,915.85 |
| Aug 2021 | 383.17 | 1,190.80 | County Tax | 972.90 | 1,108.22 |
| Sep 2021 | 383.17 | | | 1,356.07 | 1,491.39 |
| Oct 2021 | 383.17 | | | 1,739.24 | 1,874.56 |
| Nov 2021 | 383.17 | | | 2,122.41 | 2,257.73 |
| Dec 2021 | 383.17 | 1,978.00 | Homeowners Policy | 527.58 | 662.90 |
| Jan 2022 | 383.17 | | | 910.75 | 1,046.07 |
| Feb 2022 | 383.17 | | | 1,293.92 | 1,429.24 |
| | $4,598.04 | $4,598.02 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 383.17.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 766.34 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,293.90.  Your starting balance (escrow balance required) according to this analysis should be $1,429.22.  This means you have a shortage of 135.32. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 4,598.02.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: January 18, 2021                                                                                        Final
Borrower: MARCIAN J ANTUSAS                                                                              Loan: ▮▮▮▮▮▮

| **New Escrow Payment Calculation** | |
| --- | --- |
| Unadjusted Escrow Payment | 383.17 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 5.64 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $388.81 |

**Paying the shortage**:  If your shortage is paid in full, your new monthly payment will be $1,221.58 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.  If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**